870-15

# ELECTRONIC RECORD

COA # 05-13-01437-CR          OFFENSE: 30.02F1

STYLE: Stephen Glen Limbaugh v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 2

DATE: 06/12/2015          Publish: NO     TC CASE #: F-12-21347-I

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Stephen Glen Limbaugh v. The State of Texas          CCA #: 870-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___10/14/2015___          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**